FILED'06 DEC 20 08:46 USDC ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

JOSEPH W. WHITTLINGER,
    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.

CV 06 - 0314 - MO

ORDER

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $6312.00 and costs in the amount of $0, for a total of $63612.00, are awarded and to be paid directly to Plaintiff's Attorney, Richard F. McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 19th day of December, 2006.

/s/ Michael W. Mosman
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff

Page -1-    ORDER    [CV 06 - 0314 - MO]